IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 19-cr-00084-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. XIAN HUOSHENG, and
2. YOULIAN ZHONG,

    Defendants.

## MOTION TO UN-RESTRICT

The United States, by and through United States Attorney Jason R. Dunn, and Assistant United States Attorney Barbara Skalla, hereby respectfully requests the Court un-restrict the Indictment, Arrest Warrants, the Government's Motion to Restrict, and the Order to Restrict in this case.

The warrants have been executed and the defendants have been arrested; accordingly, there is no longer a necessity for the documents to remain restricted from public access.

    Respectfully submitted,

    JASON R. DUNN
    United States Attorney

By:    *s/ Barbara Skalla*
    BARBARA SKALLA
    Assistant United States Attorney
    1801 California Street, Suite 1600
    Denver, Colorado 80202
    Telephone: (303) 454-0100
    E-mail: Barbara.Skalla@usdoj.gov
    Attorney for Government

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 24th day of May, 2019, I electronically filed the foregoing **MOTION TO UN-RESTRICT** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

      *s/Michelle Trujillo*
MICHELLE TRUJILLO
Legal Assistant
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
FAX: (303) 454-0405
E-mail: Michelle.Trujillo@usdoj.gov